IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Wanxiang Venture Capital Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Kevin Kelin Wan, <br><br> Defendant. | CIVIL ACTION NO. 2:21-cv-02226 |

## KEVIN KELIN WAN'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Kevin Kelin Wan ("Defendant") respectfully moves this Court for entry of an order extending the time for Defendant to answer or otherwise plead to Plaintiff Wanxiang Venture Capital Co., Ltd.'s ("Plaintiff's") complaint.

Plaintiff filed this action on August 26, 2021, and served Defendant on or about August 27, 2021. Accordingly, Defendant's responsive pleading is due September 17, 2021.

As Defendant is still in the process of retaining counsel, Defendant requires additional time to research and analyze the factual and legal issues raised in the complaint before determining its desired course of action and filing a responsive pleading.

On September 14, 2021, Defendant reached out to Plaintiff's counsel to request a 45-day extension of the responsive pleading deadline as Defendant is still in the process of retaining counsel. On September 15, Plaintiff's counsel responded that it would be willing to agree to an extension of "30 days *after service of the summons*," which, given that Defendant already has 21 days to respond to the complaint, amounts to only a 10-day extension, to September 27, 2021.

Defendant responded with a compromise request of a 30-day extension, but Plaintiff's counsel continued to reject any extension beyond the 10-day extension it initially offered.

Defendant therefore respectfully requests this Court that he be granted a 45-day extension of time to answer or otherwise respond to the Complaint.  If granted, Defendant will file his responsive pleading on November 1, 2021.  This motion is Defendant's first request for an extension of time to plead.

WHEREFORE, Defendant respectfully requests that this Court extend the time for him to answer or otherwise plead to the Complaint until November 1, 2021.

Dated: September 17, 2021

By: */s/ Charles D. Wineland III*
    Virginia Bar No. 85051
    1401 Interstate Drive
    Champaign, IL 61822 217-722-8096
    Email: charleswineland@eptco.com

    *Attorney for Defendant Kevin Kelin Wan*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this September 17, 2021, to the Court and attorneys of record via the Court's electronic case filing system.

                                          */s/ Charles D. Wineland III*
                                          Charles D. Wineland III