UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WANXIANG VENTURE CAPITAL CO., LTD., <br><br> Plaintiff, <br> v. <br><br> KEVIN KELIN WAN, <br><br> Defendant. | Case No. 21-CV-2226 |

## ORDER

Pending before the court is an Agreed Motion for Entry of Consent Judgment (#13), filed jointly by Plaintiff, Wanxiang Venture Capital Co., Ltd., and Defendant, Kevin Kelin Wan, on April 18, 2022. For the foregoing reasons, the Motion is GRANTED and judgment is entered as described herein.

On August 26, 2021, Plaintiff filed a Complaint (#1) pursuant to the Illinois Uniform Foreign-Country Money Judgments Recognition Act (735 Ill. Comp. Stat. 5/12-661 et seq.). Plaintiff—a corporation incorporated and with its principal place of business in China—alleged that Defendant—an American citizen residing in Champaign, Illinois—had breached certain contractual obligations. Plaintiff alleged that, subsequently, the Hangzhou Intermediate People's Court in Zhejiang Province, People's Republic of China ("Chinese Court"), entered a judgment and subsequent

enforcement order against Defendant for the sum of RMB 68,104,310 (USD $10,549,811.79).

The parties have now filed the instant Motion, indicating that they have reached an agreed resolution to this matter. The court has reviewed the Motion and all other relevant filings. The Motion (#13) is GRANTED and it is hereby ORDERED, ADJUDGED, and DECREED that:

1. This court has jurisdiction over Defendant and the subject matter of this action.

2. On June 28, 2021, the Chinese Court entered an enforcement order against Defendant and in favor of Plaintinff in the amount of RMB 68,104,310 (USD $10,549,811.79 as of that date).

3. Plaintiff filed this action seeking a ruling that the enforcement order, collectively with the other rulings and orders by the Chinese Court ("the Judgment"), is a foreign-country judgment that grants recovery of a sum of money and is final, conclusive, and enforceable under the law of China, and, accordingly, the Judgment is entitled to be recognized and enforced by this Court pursuant to the Illinois Uniform Foreign-Country Money Judgments Recognition Act  (735 Ill. Comp. Stat. 5/12-661 et seq.).

4. Nothing contained herein may be taken as or construed to be an admission or concession of any alleged violation of law, rule, or regulation, or of any other matter of fact or law, or of any liability or wrongdoing. This Consent Judgment shall not be construed or used as a waiver or limitation of any defense otherwise

available to Defendant in any other matter, or of Defendant's right to defend himself from, or make any arguments in, any other regulatory, governmental, private individual, or class claims, suits, or investigations relating to the subject matter or terms of this Consent Judgment. It is the intent of the parties that this Consent Judgment shall not be binding or admissible in any other matter, other than in connection with the enforcement provisions of this Consent Judgment, including in bankruptcy proceedings. Notwithstanding the foregoing, Plaintiff may enforce the terms of this Consent Judgment.

5. This court enters judgment against Defendant and in favor of Plaintiff in the amount of $10,549,811.79.

6. All costs and attorney's fees in this action shall be borne by the representative parties.

7. This court retains jurisdiction of this matter as necessary to resolve disputes, if any, arising between Plaintiff and Defendant, insofar as it relates to compliance by Defendant with the terms of this Order. This Judgment is a final judgment with respect to all matters in the Complaint.

8. The parties hereto waive any right to appeal from this Judgment and any right to challenge it in any way.

DATE:  May 4, 2022

                                  s/Colin Stirling Bruce
                                  COLIN S. BRUCE
                                  U.S. DISTRICT JUDGE