Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Wanxiang Venture Capital Co LTD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 21-2226 |
| | ) |
| **Kevin Kelin Wan,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered against Defendant and in favor of Plaintiff in the amount of $10,549,811.79.   All attorney's fees in this action shall be borne by the representative parties.   This court retains jurisdiction of this matter as necessary to resolve disputes, in any, arising between Plaintiff and Defendant, insofar as it relates to compliance by Defendant with the terms of this Order.   This judgment is a final judgment with respect to all matters in the Complaints.

**Dated: May 4, 2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court